[No. 20232-8-II.    Division Two.    May 1, 1998.]

VANPORT MANUFACTURING, INC., *Appellant*, v. THE CITY OF
CAMAS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 95-2-01370-1, James D. Ladley, J., entered
December 1, 1995. *Affirmed* by unpublished opinion per
Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

[No. 21021-5-II.    Division Two.    May 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD
GREGORY PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-1-04149-5, Vicki L. Hogan, J., entered July
30, 1996. *Affirmed* by unpublished opinion per Hunt, J.,
concurred in by Seinfeld and Armstrong, JJ.

[No. 21183-1-II.    Division Two.    May 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL J.
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 95-1-00340-5, H. John Hall, J., entered
September 25, 1996. *Affirmed* by unpublished opinion per
Seinfeld, J., concurred in by Houghton, C.J., and Hunt, J.
Now published at 91 Wn. App. 181.

[No. 21218-8-II.    Division Two.    May 1, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD J.
MUIR, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 95-1-00618-6, F. Mark McCauley, J.,
entered August 12, 1996. *Affirmed* by unpublished opinion
per Seinfeld, J., concurred in by Houghton, C.J., and Hunt,
J.